Ernest Lacy, Judge. Gray & Powell, of Jasper, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

(111 So. 925)

Ex parte J. A. McKENZIE. (4 Div. 265.) (Court of Appeals of Alabama. Jan. 18, 1927.)

F. M. de Graffenried, of Seale, for petitioner. R. L. Smith, of Phenix City, opposed.

SAMFORD, J. The record, as certified to this court, shows that the judgment entered by the clerk of the court on the 16th day of June, 1926, was entered at a time and, under circumstances not allowed by law and in direct conflict with the opinion rendered in the case of State ex rel. McKensie v. Williams, 21 Ala. App. 427, 109 So. 177. On the authority of that case, the petition here is granted. The judgment entry entered the 16th day of June, 1926, is held for naught, and the clerk of the circuit court of Russell county is ordered to expunge the same from the records of that court. Writ granted.

(118 So. 925)

J. A. McKENZIE v. CITY OF PHENIX CITY. (4 Div. 462.) Court of Appeals of Alabama. Nov. 15, 1928. J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 924)

A. J. McKISICK v. STATE. (5 Div. 668.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.

(116 So. 925)

Frank McLEAN, alias McClelland, v. STATE. (1 Div. 779.) Court of Appeals of Alabama. April 10, 1928. Saffold Berney, Judge. Manslaughter, first degree.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(113 So. 918)

Ernest McMILLAN v. STATE. (1 Div. 769.) Court of Appeals of Alabama. Aug. 2, 1927.

Saffold Berney, Judge.

RICE, J. Appeal dismissed.

(113 So. 918)

C. McPHERSON v. Hugh LINDSEY et al. (8 Div. 425.) Court of Appeals of Alabama. March 24, 1927. W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 926)

Homer McWHORTER v. Annie HARRIS. (8 Div. 581.) Court of Appeals of Alabama. April 17, 1928. O. Kyle, Judge. Wade Wright, of Decatur, for appellant. G. O. Chenault, of Decatur, for appellee.

SAMFORD, J. Affirmed.

(112 So. 923)

Aurelia MADDEN v. STATE. (5 Div. 671.) Court of Appeals of Alabama. May 17, 1927.

George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed by appellant.

(112 So. 923)

Frank MANCIL v. STATE. (4 Div. 268.) Court of Appeals of Alabama. May 17, 1927. W. L. Parks, Judge. L. H. Brassell, of Troy, for appellant. Charlie C. McCall, Atty. Gen., for the State. Assault.

RICE, J. The aspects of this case in which a ruling by this court on the propriety vel non of the admission of certain testimony, over appellant's timely objection, by witnesses, as to the presence of footprints, knee prints, and hand prints, etc., at the place where the chief prosecuting witness, the alleged assaulted party, claimed the altercation took place, is required, are not materially different from those appearing in a former appeal (Mancil v. State, 21 Ala. App. 200), 106 So. 682, and upon the. authority of the opinion in that case the judgment here must be reversed. The testimony admitted was purely the conclusions of the witnesses, and such is never proper in a matter of this kind. What was said in the opinion in the case of Mancil v. State, supra, ought to be a sufficient guide for another trial. Reversed and remanded.

(118 So. 925)

Frank MANCIL v. STATE. (4 Div. 378.) Court of Appeals of Alabama. Nov. 13, 1928. W. L. Parks, Judge.

PER CURIAM. Appeal dismissed by appellant. See, also, ante, p. 474, 116 So. 907; 217 Ala. 486, 116 So. 908.

(117 So. 926)

Luther MANGUM v. STATE. (7 Div. 414.) Court of Appeals of Alabama. June 30, 1928. R. B. Carr, Judge.

BRICKEN, P. J. An affidavit charging this appellant with a violation of the prohibition law was made by one Draper before a justice of the peace. A warrant was issued, made returnable to the county court, where the defendant was tried and convicted, and thereupon appealed to the circuit court. He was again convicted by the court without a jury, fined $100, and in addition thereto imposed 90 days' hard labor for the